IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>OSMAN SANKOH,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 08-33 |

## ORDER

**AND NOW,** this 7th day of February 2024, upon consideration of Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 63) and the Government's Response in Opposition (Doc. No. 67), it is **ORDERED** as follows:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 63) is **DENIED.**

2. A Certificate of Appealability **SHALL NOT** be issued because Defendant failed to "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  Slack v. McDaniel, 529 U.S. 473, 484 (2000).

3. The Clerk of Court shall close this case for statistical purposes.

                              BY THE COURT:

                              /s/ Joel H. Slomsky

                              JOEL H. SLOMSKY, J.